UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY YOUNG, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL RETAIL TRANSPORTATION, INC., a Pennsylvania Corporation; FRANCIS J. WALSH III, an individual; and DOES 1–10, inclusive,<br><br>   Defendants. | Case No. 5:20-cv-02354-JWH-SHKx<br><br>**JUDGMENT APPROVING FLSA SETTLEMENT [ECF No. 20]** |

Before the Court is the motion of Plaintiff Johnny Young for approval of a settlement pursuant to the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 *et seq.*[1] After considering the papers filed in support of the Motion, and in the absence of any opposition,[2] the Court finds, concludes, and orders as follows:

1. The Court finds that the terms of the Parties' settlement of Plaintiff's claims is a fair and reasonable resolution of a bona fide dispute regarding unpaid wages under the FLSA. The Court further finds that the requested attorneys' fees and costs are reasonable. Accordingly, the terms of the Parties' settlement are hereby **APPROVED**.

2. The settlement in the total amount of $33,000 is **APPROVED**. Pursuant to the terms of the settlement: $17,554 is allocated to Plaintiff; and $14,850 in attorneys' fees and $596 in costs are allocated to Kristensen LLP.

3. Judgment is hereby **ENTERED**.

**IT IS SO ORDERED.**

Dated: April 19, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. for Approval of FLSA Settlement (the "Motion") [ECF No. 20].

[2] Defs.' Notice of Non-Opp'n to the Motion [ECF No. 21].